MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:   Dameta Joi Dixon                              Case No.: 24-01216-JAW

                                                        Chapter: 13
*Debtor(s)*

## Notice of Change of Address for Creditor

Opportunity Financial, LLC   (Creditor) hereby gives notice of its new address:

**Current Notice Address**:   130 E. Randolph Street Suite 3300 Chicago, IL 60601
*(As shown on matrix)*

**New Notice Address**:   P.O. Box 5040 Fredericksburg, VA 22403

**New Payment Address**:   P.O. Box 5040 Fredericksburg, VA 22403
*(If applicable)*

**Proof of Claim Number(s):**   28-1
*(If applicable)*

**Reason for Change of Address**:
☐ New Loan Servicer[1]
☑ New Location
☐ Other

Prepared By:

Signature: /s/ Brandon Lefkowitz            Address: 29777 Telegraph Rd Suite 2440
Name: Brandon Lefkowitz                              Southfield, MI 48034
Title: Attorney for Creditor
Phone No: 248-249-3537

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan).  Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Page 1 of 2

MSSB-NCAC (4/24)

## Certificate of Service

      I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on  12/21/2025  addressed to:
(Date)

Debtor(s):
Dameta Joi Dixon

259 Jacks Place Brandon, MS 39047

Brandon Lefkowitz
Name

/s/ Brandon Lefkowitz
Signature

PRINT     SAVE     RESET