**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **Dameta Joi Dixon, Debtor**                              Case No. 24-01216-JAW
                                                                                              **CHAPTER 13**

## **NOTICE**

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: December 10, 2026        Signature:        /s/ Thomas C. Rollins, Jr.
                                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                                The Rollins Law Firm, PLLC
                                                                P.O Box 13767
                                                                Jackson, MS 39236
                                                                601-500-5533
                                                                trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Dameta Joi Dixon, Debtor                    Case No. 24-01216-JAW
                                                          **CHAPTER 13**

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 05/23/2024.
2. Debtor is paying approximately $26,059.96 to General Unsecured Debts through the plan.
3. Debtor's 2011 Cadillac SRX is not in running condition.
4. Debtor wishes to borrow up to $35,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and a monthly payment not to exceed $450.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Incur Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DAMETA JOI DIXON

CASE NO: 24-01216-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 3/10/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/10/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 24-01216-JAW |
| DAMETA JOI DIXON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 3/10/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-01216-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE MAR 10 7-25-50 PST 2026 | CONN APPLIANCES  INC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN  PA 19355-0702 | OPPORTUNITY FINANCIAL  LLC<br>PO BOX 5040<br>FREDRICKSBURG  VA 22403-0640 |
| SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>749 GATEWAY  SUITE G-601<br>ABILENE  TX 79602-1196 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | ACCESS ONE<br>PO BOX 746175<br>ATLANTA  GA 30374-6175 |
| ALLSTATE PROPERTY  CA<br>PO BOX 660598<br>DALLAS  TX 75266-0598 | BK OF MO<br>PO BOX 85710<br>SIOUX FALLS  SD 57118-5710 | CKS PRIME INVESTMENTS<br>1800 ROUTE 34<br>STE 305<br>LITTLE SILVER  NJ 07739 |
| COMENITY<br>PO BOX 182273<br>COLUMBUS  OH 43218-2273 | COMMUNITY CHOICE FINAN<br>2860 HWY 80<br>STE A<br>PEARL  MS 39208-3496 | ~~EXCLUDE~~<br>~~(D)CONN APPLIANCES  INC~~<br>~~CO BECKET AND LEE LLP~~<br>~~PO BOX 3002~~<br>~~MALVERN PA 19355-0702~~ |
| (P)CORTRUST BANK<br>PO BOX 7030<br>MITCHELL SD 57301-7030 | ~~EXCLUDE~~<br>~~(D)(P)CORTRUST BANK~~<br>~~PO BOX 7030~~<br>~~MITCHELL SD 57301-7030~~ | (P)UNIFUND CCR LLC<br>ATTN MEDIA DEPARTMENT<br>10625 TECHWOOD CIRCLE<br>CINCINNATI OH 45242-2846 |
| (P)EMPOWER FINANCE  INC<br>9169 W STATE ST<br>499<br>GARDEN CITY ID 83714-1733 | ~~EXCLUDE~~<br>~~(D)(P)EMPOWER FINANCE  INC~~<br>~~9169 W STATE ST~~<br>~~499~~<br>~~GARDEN CITY ID 83714-1733~~ | FIRST ACCESS VISA<br>5109 S BROADBAND LANE<br>SIOUX FALLS  SD 57108-2208 |
| (P)WLCC LENDING FDL DBA FIRST DAY LOAN<br>PO BOX 70<br>SOLON IA 52333-0070 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | (P)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>PO BOX 5096<br>SIOUX FALLS  SD 57117-5096 | GI ASSOCIATES<br>PO BOX 23455<br>JACKSON  MS 39225-3455 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KOHLS<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LITTLE LAKE LENDING<br>2726 MISSION RACHERIA<br>LAKEPORT  CA 95453-9612 |

| | | |
|---|---|---|
| LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | MS TITLE LOANS<br>2260 HWY 80 E<br>PEARL  MS 39208-3321 | MARINER FINANCE  LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM  MD 21236-5904 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 | MISSISSIPPI TITLE LOANS  INC<br>CO LEGAL DEPT<br>8601 DUNWOODY PLACE  STE 406<br>ATLANTA  GA 30350-2550 |
| MOHELA<br>POB 60610<br>HARRISBURG  PA 17106-0610 | MONEY MAN<br>6955 OLD CANTON RD<br>STE N<br>RIDGELAND  MS 39157-1267 | MY PAYDAY LOAN<br>2599 S SAN JACINTO AVE<br>SAN JACINTO  CA 92583-5318 |
| NATIONAL CREDIT ADJ<br>327 WEST 4TH AVENUE<br>PO BOX 3023<br>HUTCHINSON  KS 67504-3023 | NATIONAL CREDIT ADJUSTERS  LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 3023<br>HUTCHINSON  KS 67504-3023 | NAVY FEDERAL<br>PO BOX 3500<br>MERRIFIELD  VA 22119-3500 |
| NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 600<br>CHICAGO  IL 60604-2948 | NETCREDIT<br>ATTN BANKRUPTCY<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO  IL 60604-2863 | OPPORTUNITY FINANCIAL  LLC<br>PO BOX 5040<br>FREDERICKSBURG  VA 22403-0640 |
| (P)OTTER LENDING INC<br>PO BOX 115<br>CRANDON WI 54520-0115 | PARAGON REVENUE GROUP<br>216 LE PHILLIP CR<br>CONCORD  NC 28025-2954 | PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING  TX  75014-1419 |
| (P)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | (P)POSSIBLE FINANCIAL INC<br>LEEZA PARADES<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY INTERNATIONAL PURCHASING LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | RISE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 101808<br>FORT WORTH  TX 76185-1808 | SANTANDER CONSUMER USA  INC<br>1601 ELM ST  STE 800<br>DALLAS  TX 75201-7260 |

EXCLUDE

| | | |
|---|---|---|
| (D)SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>749 GATEWAY<br>SUITE G-601<br>ABILENE  TX 79602-1196 | (P)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | (P)MONEYSPOT USA LLC<br>631 LUCERNE AVE<br>SUITE 56<br>LAKE WORTH BEACH FL 33460-3820 |

```
SYNCHRONY                         (P)TD BANK USA N A                TARGET NB
ATTN BANKRUPTCY                   ATTN CO WEINSTEIN  RILEY P S      MAILSTOP BT
PO BOX 955060                     1415 WESTERN AVE                  PO BOX 9475
ORLANDO  FL 32896-5060            SUITE 700                         MINNEAPOLIS  MN 55440-9475
                                  SEATTLE WA 98101-2051


TARGET NATIONAL BANK              TINKA FINANCE                     (P)MOHELA
PO BOX 673                        515G SE                           CLAIMS DEPARTMENT
MINNEAPOLIS  MN 55440-0673        MIAMI  OK 74354                   633 SPIRIT DRIVE
                                                                    CHESTERFIELD MO 63005-1243


EXCLUDE                           EXCLUDE

(D)(P)UNIFUND CCR LLC             UNITED STATES TRUSTEE             (P)UPLIFT  INC
ATTN MEDIA DEPARTMENT             501 EAST COURT STREET             2 N CENTRAL AVE FL 10
10625 TECHWOOD CIRCLE             SUITE 6-430                       PHOENIX AZ 85004-4422
CINCINNATI OH 45242-2846          JACKSON  MS 39201-5022


VALERO                            (P)VELOCITY PORTFOLIO GROUP  INC  WORLD FINANCE COMPANY OF MISSISSIPPI  LLC
PO BOX 300                        1800 RT 34 NORTH                  WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
AMARILLO  TX 79105-0300           BLDG 3 SUITE 305                  PO BOX 6429
                                  WALL NJ 07719-9146                GREENVILLE  SC 29606-6429


                                  DEBTOR

WORLD FINANCE CORP                DAMETA JOI DIXON                  RODNEY RAMON DIXON
ATTN BANKRUPTCY                   259 JACKS PLACE                   PO BOX 131173
PO BOX 6429                       BRANDON  MS 39047-4450            JACKSON  MS 39236
GREENVILLE  SC 29606-6429


EXCLUDE                           EXCLUDE

THOMAS CARL ROLLINS JR            TORRI PARKER MARTIN
THE ROLLINS LAW FIRM  PLLC        TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
PO BOX 13767                      200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39236-3767            JACKSON  MS 39201-1902
```