**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13:

DAMETA JOI DIXON                                          CASE NO. 24-01216-JAW

**TRUSTEE'S OBJECTION TO**
**DEBTOR'S MOTION TO INCUR DEBT**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to the Debtor's Motion to Incur New Debt (Docket #48) and in support thereof, would show unto the Court the following:

1. The Debtor is requesting permission from the Court to incur new debt to purchase a vehicle for a financed amount not to exceed $35,000.00, an interest rate not to exceed 20%, and a monthly payment not to exceed $450.00. The debt will be repaid to the lender pursuant to the terms of the agreement with the lender.

2. The Debtor's Confirmed Plan (Docket #29) includes a 2011 Cadillac SRX, with a secured claim for Mississippi Title Loans, Inc. (Claim 27-1), and a 2006 Kia Sedona that was surrendered to Santander Consumer USA, Inc. (Claim 5-1).

3. The Debtor's Motion provides that the 2011 Cadillac SRX is not in running condition.

4. The Debtor's Motion does not provide whether the Debtor plans to retain the vehicle.

5. The Debtor's plan payments are current.

6. The Debtor's confirmed plan provides to pay the sum of $26,059.96 to unsecured creditors over the sixty (60) month plan term (Docket #29).

7. The approved nonpriority unsecured debt total is $201,744.15.

8. The Debtor's Schedules I & J have not been amended to include the estimated vehicle payment and vehicle insurance amount.

9. The Debtor has not provided information and documentation related to the feasibility and affordability of incurring the proposed new indebtedness.

10. The Trustee believes it is not feasible and not in the best interest of the bankruptcy estate for the Debtor to incur new debt and retain a vehicle that is not in running condition.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Objection be received and filed and at the hearing hereon, an Order be entered denying the Motion to Incur Debt, or in the alternative, should the Debtor's Motion to Incur Debt be granted, that the Debtor be required to (1) amend Schedules I & J to indicate the feasibility and affordability of the new indebtedness and provide documentation to support the same (2024 or 2025 tax returns, etc.), and (2) provide whether the 2011 Cadillac SRX will be retained and timely file a pleading to surrender the vehicle (if applicable); and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: March 31, 2026

Respectfully submitted,

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: sellis@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney(s) for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
      jennifer@therollinsfirm.com

DATED: March 31, 2026

/s/ *Semoune Ellis*
Semoune Ellis