

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **Dameta Joi Dixon, Debtor**        **Case No. 24-01216-JAW**
**CHAPTER 13**

### AGREED ORDER AUTHORIZING DEBTOR TO INCUR DEBT

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK # 48), and the Trustee's Objection (DK # 50), and the supplemental Schedules I and J (DK # 51) demonstrating the affordability for the additional expense, and that all parties having reached an agreement and the Court having reviewed and considered the facts herein, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted. Debtor shall retain the Cadillac due to its low payoff amount and intends to repair the vehicle for use as a backup.  Debtor is authorized to borrow up to thirty-five thousand dollars ($35,000.00) to purchase a vehicle with an interest rate no greater than 20.00% and a monthly payment not to exceed $450.00.  Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

PREPARED BY:                                AGREED BY:
/s/ Thomas C. Rollins, Jr.                   /s/ Semoune Ellis_____
Thomas C. Rollins, Jr. (MS Bar No. 103469)   Attorney for Chapter 13 Trustee
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR