MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Dameta Joi Dixon

Debtor(s)

Case No.: 24-01216

Chapter: 13

## Notice of Change of Address for Creditor

UNIFUND CCR, LLC. (Creditor) hereby gives notice of its new address:

**Current Notice Address**:
*(As shown on matrix)*

10625 TECHWOOD CIRCLE
CINCINNATI, OH. 45242

**New Notice Address**:

PO BOX 42730
CINCINNATI, OH. 45242

**New Payment Address**:
*(If applicable)*

PO BOX 42730
CINCINNATI, OH. 45242

**Proof of Claim Number(s):** 17
*(If applicable)*

**Reason for Change of Address**:

- ☐ New Loan Servicer[1]
- ☒ New Location
- ☐ Other

Prepared By:

Signature: [signature]

Name: BOBBIE JOHNSON

Title: AGENT

Phone No: 513-489-8877

Address: PO BOX 42730
CINCINNATI, OH. 45242

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.